```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CITY OF PONTIAC GENERAL EMPLOYEES'   :
RETIREMENT SYSTEM, Individually and  :
on Behalf of All Others Individually :
Situated,                            :
                                     :    11 Civ. 5026 (JSR)
              Plaintiff,             :
                                     :    ORDER
         -v-                         :
                                     :
LOCKHEED MARTIN CORPORATION, et al., :
                                     :
              Defendants.            :
------------------------------------ x
```



JED S. RAKOFF, U.S.D.J.

Pending before the Court are the motions of defendants Lockheed Martin Corporation, Robert Stevens, Bruce Tanner, and Linda Gooden to dismiss plaintiff's First Amended Complaint. After full consideration of the parties' briefs and oral arguments and for reasons that will be explained in a forthcoming written opinion, the Court hereby grants the motions in part and dismisses with prejudice counts two and three of the Complaint, brought under sections 20(a) and 20(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t(a)-(b), but otherwise denies the motions. The Clerk of the Court is directed to close document numbers 23 and 26 on the docket sheet of this case. The parties are directed to convene a joint telephone conference with the Court by no later than February 21, 2012, so that the Court can set a case management plan and discovery can proceed promptly.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 14, 2012