UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CITY OF PONTIAC GENERAL EMPLOYEES'               No. 11 Civ. 5026 (JSR)(RLE)
RETIREMENT SYSTEM, Individually and on Behalf of All
Others Similarly Situated,                        ECF CASE

                              Plaintiff,

       vs.

LOCKHEED MARTIN CORPORATION, ROBERT
STEVENS, BRUCE TANNER and LINDA GOODEN,

                              Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION BY LOCKHEED MARTIN CORPORATION
## FOR SUMMARY JUDGMENT

      PLEASE TAKE NOTICE, that the undersigned attorneys for Defendants will move this Court at the Courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 14B, New York, New York 10007, on July 25, 2012 at 4:30 P.M., for an Order of the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment for Defendants and for such other and further relief as the Court may deem just and proper.

      Defendants shall file and serve their moving papers on or before June 25, 2012.  To the extent that the Lead Plaintiff seeks to oppose Defendants' motion, it shall file and serve its answering papers on or before July 19, 2012.  Defendants shall file and serve their reply papers on or before July 24, 2012.

      .

Dated: June 11, 2012
New York, New York

By:   /s/ John M. Hillebrecht
James D. Wareham  (admitted *pro hac vice*)
  (james.wareham@dlapiper.com)

John M. Hillebrecht
  (john.hillebrecht@dlapiper.com)

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
(212) 335-4500

*Attorneys for Lockheed Martin Corporation,*
*Robert Stevens, Bruce Tanner, and*
*Linda Gooden*