# Exhibit P



DLA Piper LLP (US)
500 Eight Street, NW
Washington, DC 20004
www.dlapiper.com

James D. Wareham
james.wareham@dlapiper.com
T  202.799.4515
F  202.799.5515

June 20, 2012

BY E-MAIL

Samuel H. Rudman, Esq.
Evan J. Kaufman, Esq.
Robbins Geller Rudman & Dowd LLP (LI)
58 South Service Road, Suite 200
Melville, NY  11747

Re:   *City of Pontiac Gen. Emp's Ret. Sys. v. Lockheed Martin Corp., et al.*,
      No. 11 Civ. 5026 (JSR)(RLE) (S.D.N.Y.)

Dear Sam and Evan:

During his presentation during oral argument before Judge Rakoff this afternoon, Mr. Goldstein repeatedly stated the names of two of the alleged "Confidential Witnesses" ("CWs") in open Court. Obviously, this constitutes a withdrawal of the confidentiality designation you previously asserted as to the CWs' names, considering that you have now made the CW names a matter of public record. Please confirm that this is the case by close of business tomorrow.

Sincerely,

DLA Piper LLP (US)

James D. Wareham

cc: John M. Hillebrecht, Esq.
    Jonah H. Goldstein, Esq.