Print                                                      http://us.mg205.mail.yahoo.com/neo/launch?.partner=vz-acs&.rand=a7...

**Subject:** LM Class Action

**From:** Stephen Lubniewski (lub1954@verizon.net)

**To:** djr@rgrdlaw.com;

**Date:** Thursday, October 13, 2011 6:47 PM

Mr. Rosenfeld:

Having worked for LM in a senior executive position in ISGS during the period of the claim, I can advise you and your firm that you are squarely on target. The ISGS executive whom mislead internal and external stakeholders on this occasion, habitually over promised and under delivered-for years, then positioned scapegoats to blame. The ineffective LM senior leadership team above her would allow the cycle to continue, even when it had material impact on the market cap of LM and its shareholders, and they still did nothing!

The LM leadership environment is ripe with denial and retribution when fundamental issues are elucidated. Being somewhat of an oligopoly, they could get away with it.

Good luck,

Interested Observer



EXHIBIT 21
WIT: Lubniewski
DATE: 7-10-12
DANA RYAN, RPR, CRR