New User? Register   Sign In   Help          Upgrade to Safer IE8          Mail   My Y!   Yahoo!

Search                                                          Search Web

E*TRADE                                                     Scottrade $0 Mobile App

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Lockheed Martin Corporation



Press Release Source: Robbins Geller Rudman & Dowd LLP On Wednesday July 20, 2011, 10:00 pm EDT

NEW YORK--(BUSINESS WIRE)-- Robbins Geller Rudman & Dowd LLP ("Robbins Geller") (http://www.rgrdlaw.com/cases/lockheed/) today announced that a class action has been commenced on behalf of an institutional investor in the United States District Court for the Southern District of New York on behalf of purchasers of Lockheed Martin Corporation ("Lockheed Martin") (NYSE:LMT - News) common stock during the period between April 21, 2009 and July 21, 2009 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/lockheed/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Lockheed Martin and certain of its officers and directors with violations of the Securities Exchange Act of 1934. The Company is engaged in the research, design, development, manufacture, integration, operation, and sustainment of advanced technology systems and products in the areas of defense, space, intelligence, homeland security, and government information technology in the United States and internationally.

The complaint alleges that, during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and prospects. Specifically, defendants misrepresented and/or failed to disclose the following adverse facts: (a) that the Company was experiencing significant performance issues with several projects in the Information Systems & Global Systems ("IS&GS") division and would not be receiving anticipated awards; (b) that growth in the IS&GS division was slowing as the Company lost contracts and other contract awards were contested; and (c) that, as a result of the foregoing, defendants lacked a reasonable basis for their positive statements about the Company, its earnings and prospects.

On July 21, 2009, Lockheed Martin announced its financial results for the second quarter of 2009. Among other things, the Company reported disappointing results in its IS&GS division. Following the issuance of the press release, Lockheed Martin held a conference call to discuss the reported earnings and the Company's operations. During the conference call, defendants described the problems facing the IS&GS division and admitted that the Company was not performing according to expectations in that important division.

In response to information that the IS&GS division was not performing according to expectations and had not generated anticipated fee awards, the price of Lockheed Martin common stock declined from $82.11 per share to $75.13 per share on extremely heavy trading volume. Analysts were quick to note that the Company had recently promised increasing growth in the IS&GS division and expressed surprise at the sudden negative news.

Plaintiff seeks to recover damages on behalf of all purchasers of Lockheed Martin common stock during the Class Period (the "Class"). Plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Robbins Geller Web site (http://www.rgrdlaw.com) has more information about the firm.

Contact:

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@rgrdlaw.com

Follow Yahoo! Finance on   Twitter; become a fan on   Facebook.



EXHIBIT 22
WIT: Lubniewski
DATE: 7-10-12
DANA RYAN, RPR, CRR

Sponsored Links

Finance Job Bootcamp
4wk NYC Finance & I-Banking Training by Sr Bankers $217 Billion
www.ibtraining.com

Find Hot Penny Stocks
Penny Stock Alerts For Free Join Now
www.RumbleStocks.com

$79/HR Job - 288 Openings
Make $79/hr Working From Home. Requirements: Computer. As Seen On MSN.
www.governmentjobs.com/jobs

Watch Pan Am this Fall
Buckle up. Pan Am takes off Sunday Sept 25 at 10/9c on ABC.
abc.go.com/panam