Print                                                                  http://us.mg205.mail.yahoo.com/neo/launch?.partner=vz-acs&.rand=a7...

| | |
|---|---|
| Subject: | RE: LM Class Action |
| From: | David Rosenfeld (drosenfeld@rgrdlaw.com) |
| To: | lub1954@verizon.net; |
| Date: | Wednesday, November 2, 2011 11:22 AM |



Thanks for your email. Please let me know when you are available to talk and the best way to reach you. I look forward to speaking with you.

---

**From:** Stephen Lubniewski [mailto:  ]
**Sent:** Thursday, October 13, 2011 3:48 PM
**To:** DJR
**Subject:** LM Class Action

Mr. Rosenfeld:

Having worked for LM in a senior executive position in ISGS during the period of the claim, I can advise you and your firm that you are squarely on target. The ISGS executive whom mislead internal and external stakeholders on this occasion, habitually over promised and under delivered-for years, then positioned scapegoats to blame. The ineffective LM senior leadership team above her would allow the cycle to continue, even when it had material impact on the market cap of LM and its shareholders, and they still did nothing!

The LM leadership environment is ripe with denial and retribution when fundamental issues are elucidated. Being somewhat of an oligopoly, they could get away with it.

Good luck,

Interested Observer