# Exhibit M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CITY OF PONTIAC GENERAL EMPLOYEES'    No. 11 Civ. 5026 (JSR)(RLE)
RETIREMENT SYSTEM, Individually and on Behalf of
All Others Similarly Situated,    ECF CASE

                        Plaintiff,    <u>AFFIDAVIT OF
DAVID S. VALORE</u>

   - v -

LOCKHEED MARTIN CORPORATION, et al.,

                        Defendants.
------------------------------------------------------------------------x

       David S. Valore, being duly sworn, says:

       1.    My name is David S. Valore. I am currently employed as a Director, Finance and Business Operations for Information Systems and Global Services ("IS&GS") Civil Energy Solutions at Lockheed Martin Corporation ("Lockheed Martin"). Based on my personal knowledge and a review of the files maintained by Lockheed Martin, I state that the following information is true and correct.

       2.    Pamela Hawn was an employee at Lockheed Martin from in or about 1977 until in or about August 2009.

       3.    Between October 2007 and August 2008, Ms. Hawn primarily worked for me as a Senior Business Manager on the FBI "Information Assurance Technology Infusion" ("IATI") program.

       4.    In 2008, Ms. Hawn also worked briefly on the bid for a program entitled "Integrated Hiring Operations and Personnel" ("IHOP") for the customer Transportation Security Administration (the "TSA"). The program was later known as "HR Access."

       5.    By mid-2009, Ms. Hawn no longer worked on the IHOP program (later known as "HR Access").

       6.    Between 2008 and 2009, Ms. Hawn only had limited access to financial information relating specifically to the small number of programs on which she worked directly. Ms. Hawn's position at Lockheed Martin in no way involved the financial goals of the Information Systems and Global Services ("IS&GS") business segment as a whole or Lockheed Martin as a whole.

       7.    To the best of my knowledge, between 2008 and 2009, Ms. Hawn did not work on the Federal Bureau of Investigation's "Sentinel" program, any Lockheed Martin programs involving the State Department, the "Mission Integration and Development" ("MIND") program (later known as the "P400" program) or the "GeoScout" program.

2

Dated: July 24, 2012

_____
David S. Valore

Sworn to before me this 24
Day of July, 2012.
_____
Notary Public