UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
CITY OF PONTIAC GENERAL EMPLOYEES'       No. 11 Civ. 5026 (JSR)(RLE)
RETIREMENT SYSTEM, Individually and on Behalf of All
Others Similarly Situated,       ECF CASE

                         Plaintiff,

    vs.

LOCKHEED MARTIN CORPORATION, ROBERT
STEVENS, BRUCE TANNER and LINDA GOODEN,

                         Defendants.
-----------------------------------------------------------------------------x


# DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFF'S POST-HEARING SUBMISSION AND IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION OR SUMMARY JUDGMENT


                                 James D. Wareham  (admitted *pro hac vice*)
                                 John M. Hillebrecht
                                 DLA PIPER LLP (US)
                                 1251 Avenue of the Americas
                                 New York, NY  10020-1104
                                 (212) 335-4500

                                 *Attorneys for Defendants Lockheed Martin*
                                 *Corporation, Robert Stevens, Bruce Tanner,*
                                 *and Linda Gooden*

## TABLE OF CONTENTS

Page

REDACTED

CONCLUSION ........................................................................................................................ 15

# TABLE OF AUTHORITIES

REDACTED

**TABLE OF AUTHORITIES** (cont'd)

REDACTED

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 5 of 20

2

REDACTED

Case 1:11-cv-05026-JSR Document 100 Filed 10/29/12 Page 6 of 20

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 7 of 20

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 8 of 20

5

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 9 of 20

6

REDACTED

Case 1:11-cv-05026-JSR Document 100 Filed 10/29/12 Page 10 of 20

REDACTED

REDACTED

Case 1:11-cv-05026-JSR Document 100 Filed 10/29/12 Page 12 of 20

9

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 13 of 20

REDACTED

11

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 15 of 20

12

REDACTED

Case 1:11-cv-05026-JSR Document 100 Filed 10/29/12 Page 16 of 20

13

REDACTED

Case 1:11-cv-05026-JSR Document 100 Filed 10/29/12 Page 17 of 20

14

REDACTED

Case 1:11-cv-05026-JSR   Document 100   Filed 10/29/12   Page 18 of 20

15

REDACTED

Case 1:11-cv-05026-JSR Document 100 Filed 10/29/12 Page 19 of 20

Dated: October 29, 2012  Respectfully submitted,
New York, New York

By: /s/ John M. Hillebrecht
James D. Wareham (admitted *pro hac vice*)
John M. Hillebrecht

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY  10020-1104
(212) 335-4500
james.wareham@dlapiper.com
john.hillebrecht@dlapiper.com

*Attorneys for Defendants Lockheed Martin Corporation, Robert Stevens, Bruce Tanner and Linda Gooden*

16