```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
CITY OF PONTIAC GENERAL EMPLOYEE'S    :
RETIREMENT SYSTEM,                    :
                                      :
                Plaintiff,            :
                                      :      11 Civ. 5026 (JSR)
                -v-                   :
                                      :      ORDER
LOCKHEED MARTIN CORPORATION, ROBERT   :
STEVENS, BRUCE TANNER and LINDA       :
GOODEN,                               :
                                      :
                Defendants.           :
------------------------------------ x
```



JED S. RAKOFF, U.S.D.J.

Pending before the Court in the above-captioned case is the motion of plaintiff City of Pontiac General Employee's Retirement System ("Pontiac") for an order, pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, certifying this action as a class action. Plaintiff also moves for an order appointing Pontiac as class representative and Robbins Geller Rudman & Dowd LLP as class counsel.

The proposed class would comprise "all persons who purchased the common stock of Lockheed Martin between April 21, 2009 and July 21, 2009, inclusive . . ., and were damaged thereby." See Pl.'s Mem. at 1. The class would exclude defendants and certain persons and entities related to them. Id. at 1 n. 2.

Defendants filed papers in opposition on May 23, 2012, plaintiff filed reply papers on June 13, 2012, and the Court heard oral argument on June 20, 2012. After careful consideration, and for

reasons that will be stated in a forthcoming written opinion, the Court hereby grants plaintiff's motions. Plaintiff's proposed class is hereby certified, Pontiac is hereby appointed as class representative, and Robbins Geller Rudman & Dowd LLP is hereby appointed as class counsel.

The case will proceed as a class action in accordance with the Court's pre-existing scheduling orders. The Clerk of the Court is directed to close document number 44 on the docket sheet of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
December 13, 2012