```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CITY OF PONTIAC GENERAL EMPLOYEES'    :
RETIREMENT SYSTEM,                    :
                                      :
              Plaintiff,              :
                                      :    11 Civ. 5026 (JSR)
         -v-                          :
                                      :    ORDER
LOCKHEED MARTIN CORPORATION, ROBERT   :
STEVENS, BRUCE TANNER, and LINDA      :
GOODEN,                               :
                                      :
              Defendants.             :
------------------------------------- x
```



JED S. RAKOFF, U.S.D.J.

Because the parties in the above-captioned case have entered into a memorandum of understanding regarding settlement, the case is hereby stayed in its entirety until January 31, 2013, by which time the parties should be prepared to file the settlement agreement and motion for preliminary approval of the settlement with the Court.

SO ORDERED.

                                                                JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       December 17, 2012